Malcolm Leader-Picone *(State Bar No. 104620)*
Kaipolani K.B. Young *(State Bar No. 164718)*
James J. Kim *(State Bar No. 101809)*
1970 Broadway, Suite 1030
Oakland, CA  94612
Telephone:   510-444-0709
Facsimile:   510-444-1291
Email:        mlp@leader-picone.com
                  jkim@roklaw.com

Attorneys for Plaintiff
INDONG ADVANCED MATERIALS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDONG ADVANCED MATERIALS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>GREEN ENERGY GLOBAL, INC., an Arizona corporation; GEC EXPLORATION, INC., a Delaware corporation; DONALD DEMERY as Trustee of QUANTUM TRUST, a Connecticut Statutory Trust; MUHAMMED KHAN, an individual; VICTORIA CHOI, aka CHONG IN SHIM, an individual, LUCIA J. KIM, an individual; ROLLIE PETERSON, an individual; JEFFREY THORESON, an individual;  TAE JOON YI, an individual; KWON DO KANG, an individual; BAE, KIM & LEE, LLC., a professional law corporation; and DOES ONE through TWENTY, inclusive,<br><br>    Defendants. | Case No.  2:23-cv-0427 TLN DB<br><br>**ORDER TO DISMISS CASE WITHOUT PREJUDICE** |

/ / / /

/ / / /

/ / / /

**ORDER TO DISMISS**                                                                                          **Case No.  2:23-cv-0427 TLN DB**
-1-

## ORDER

Upon the *ex parte* application of plaintiff INDONG ADVANCED MATERIALS, INC. for an order dismissing this case without prejudice, the Court orders the case dismissed without prejudice.

Dated:  August 11, 2023                    /s/ Daniel J. Calabretta
                                                            THE HONORABLE DANIEL J. CALABRETTA
                                                            UNITED STATES DISTRICT JUDGE